## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

**NATAN DVIR,**

      **Plaintiff,**

**v.**                            **Case No. 1:19-cv-196-AW-GRJ**

**NORSAN MEDIA LLC,**

      **Defendant.**

_____/

## <u>ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED</u>

The 90-day time limit for service has expired with no proof of service having been filed. Accordingly, Plaintiff shall show cause, if any, no later than seven days from the date of this Order, why this case should not be dismissed for failure to effect service within the specified time limit. *See* Fed. R. Civ. P. 4(m).

SO ORDERED on February 7, 2020.

                         s/ *Allen Winsor*_____
                         United States District Judge