UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
(Gainesville)

NATAN DVIR

                Plaintiff,

- against -

NORSAN MEDIA LLC

                Defendant.

Docket No. 1:19-cv-00196-AW-GRL

## DECLARATION OF COUNSEL IN SUPPORT OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT PURSUANT TO FED.R.CIV. 55(a)

I, RICHARD LIEBOWITZ, declare under the penalty of perjury that the following is true and correct to the best of my personal knowledge.

1. I am counsel for Plaintiff Natan Dvir ("Plaintiff").

2. I submit this Declaration in support of Plaintiff's request for the Clerk's entry of default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. Fed.R.Civ.P. 55(a).

3. Defendant Norsan Media LLC ("Defendant") is not an infant, in the military or an incompetent person.

4. Defendant's answer or response to the Complaint was due on November 8, 2019. Defendant has failed to plead or otherwise defend the action.

5. As per the Affidavit of Service, filed on February 11, 2019 [Docket #6], the pleading to which no response has been made was properly served.

Dated: February 11, 2020
Valley Stream, NY

/s/richardliebowitz/
Richard Liebowitz
LIEBOWITZ LAW FIRM, PLLC
11 Sunrise Plaza, Suite 305
Valleystream, NY 11580
516-233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff*