UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
(Gainesville)

NATAN DVIR

                                    Plaintiff,

        - against -

NORSAN MEDIA LLC

                                    Defendant.

Docket No. 1:19-cv-00196-AW-GRL

## CLERK'S CERTIFICATE OF DEFAULT

I, JESSICA L. LYUBLANOVITS, Clerk of the United States District Court for the

Northern District of Florida, do hereby certify that this action was commenced on October 14,

2019 with the filing of a summons and complaint.  On October 18, 2019, a copy of the summons

and complaint was served on defendant Norsan Media LLC ("Defendant") by personally serving

Carl Diaz, Defendant's authorized representative.  Proof of service was therefore filed on

February 11, 2020.  I further certify that the docket entries indicate that the defendant has not

filed an answer or otherwise moved with respect to the complaint herein.  The default of the

defendant is hereby noted.

Dated:_____, 2020

Gainesville, FL

                        JESSICA L. LYUBLANOVITS,

                        Clerk of Court


                        _____

                        Deputy Clerk