UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
(GAINESVILLE DIVISION)

NATAN DVIR,

                Plaintiff,

- against -

NORSAN MEDIA LLC

                Defendant.

Docket No. 1:19-cv-0196-AW-GRJ

## DECLARATION OF RICHARD LIEBOWITZ

I, RICHARD LIEBOWITZ, declare under the penalty of perjury that the following is true and correct to the best of my personal knowledge.

1. I am lead counsel for Plaintiff NATAN DVIR ("Plaintiff") in this action.

2. I submit this Declaration in response to the Court's Order, dated February 7, 2020 [Dkt. #5] which asked Plaintiff to explain why this action should not be dismissed for failure to prosecute.

3. As a preliminary matter, since the Order was issued, Plaintiff has filed an affidavit of service showing that service was timely effectuated on October 18, 2019 [Dkt. #6] in accordance with FRCP 4(m).

4. Further, a request for entry of default has been entered by the Clerk on February 13, 2020 [Dkt #8]

5. Plaintiff intends to file his motion for default judgment within thirty (30) days.

6.  Based on the foregoing, Plaintiff respectfully requests that the Court decline to dismiss the case.

Dated: February 13, 2020
Valley Stream, New York

**/s/richardliebowitz/**
Richard Liebowitz

LIEBOWITZ LAW FIRM, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
516-233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff*