**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**NATAN DVIR,**

    **Plaintiff,**

**v.**                                                                   **Case No. 1:19-cv-196-AW-GRJ**

**NORSAN MEDIA LLC,**

    **Defendant.**

_____/

### **ORDER REGARDING RESPONSE TO SHOW-CAUSE ORDER**

Based on the February 13 response (ECF No. 9), the court's show-cause order (ECF No. 5) is discharged.

SO ORDERED on February 14, 2020.

                                                      s/ *Allen Winsor*
                                                      United States District Judge