IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**NATAN DVIR,**

    **Plaintiff,**

v.                                                   **Case No. 1:19-cv-196-AW-GRJ**

**NORSAN MEDIA LLC,**

    **Defendant.**

_____/

## ORDER GRANTING MOTION TO SET ASIDE DEFAULT

Defendant's unopposed motion to set aside clerk's default, ECF No. 11, is GRANTED. The default is set aside.

Defendant's limited appearance indicated service might still be an issue. Plaintiff shall file a notice within fifteen days regarding the status of service.

SO ORDERED on March 4, 2020.

                                             s/ *Allen Winsor*
                                             United States District Judge