**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

NATAN DVIR,

        Plaintiff,

v.                          Case No.   3:20-cv-393-J-34JRK

NORSAN MEDIA LLC,

        Defendant.

## ORDER TO SHOW CAUSE

This matter is before the Court sua sponte. On April 24, 2020, the Court entered a Notice of Designation Under Local Rule 3.05, which attached a Case Management Report form in which the parties were directed to file Certificates of Interested Persons and Corporate Disclosure Statements within fourteen days from the date of first appearing. See Notice of Designation Under Local Rule 3.05 (Dkt. No. 22). Then, on May 5, 2020, this Court entered a Case Management and Scheduling Order and Referral to Mediation (Dkt. No. 26) directing the parties to file their Certificates of Interested Persons and Corporate Disclosure Statements by May 22, 2020. It appears to the Court that Plaintiff has failed to comply with these Orders. Accordingly, it is

**ORDERED:**

Plaintiff is directed to show cause by a written response filed by **June 12, 2020**, why this case should not be dismissed without prejudice for failure to prosecute or sanctions imposed due to his failure to comply with this Court's Orders.

**DONE AND ORDERED** at Jacksonville, Florida, this 29th day of May, 2020.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record

- 2 -