UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 3:20-cv-00393-MMH-JRK

Natan Dvir,

    Plaintiff,

v.

Norsan Media, LLC.

    Defendants.

_____/

**RESPONSE TO ORDER TO SHOW CAUSE**

NOW COMES, Plaintiff, Natan Dvir, has filed its Certificate of Interested Parties on June 11, 2020, we apologize to the Court for not calendaring this date and filing the Certificate at the earlier time.

Dated: June 12, 2020                  Respectfully submitted,

                                           */s/Christian Sanchelima*
                                           Christian Sanchelima, Esq. (Fla. Bar No. 107751)
                                           chris@sanchelima.com
                                           Sanchelima & Associates, P.A.
                                           235 S.W. Le Jeune Road
                                           Miami, Florida 33134
                                           Telephone: (305) 447-1617
                                           Facsimile: (305) 445-8484
                                           *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 12 day of June, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                             */s/ Christian Sanchelima*
                                             Christian Sanchelima, Esq.

**SERVICE LIST**
**Natan Dvir v. Norsan Media, LLC**
**Case No. 3:20-cv-00393-MMH-JRK**
**United States District Court, Middle District of Florida**

Douglas Bradford Hughes
Jimerson & Cobb, PA
1 Independent Dr Ste 1400
Jacksonville, FL 32202-5011
904/389-0050
Fax: 904/212-1269
Email: bhughes@jimersonfirm.com