UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Case No.: 3:20-cv-00393-MMH-JRK

NATAN DVIR,

    Plaintiff,

vs.

NORSAN MEDIA, LLC

    Defendant.
_____/

**STIPULATION OF DISMISSAL**

NATAN DVIR and NORSAN MEDIA, LLC hereby file this Stipulation of Dismissal and jointly state as follows:

1. The parties have formally executed a settlement agreement. (hereinafter "Settlement Agreement").

2. The parties hereby stipulate that all claims, by all parties, which were filed or could have been filed in this action are hereby dismissed with prejudice.

3. All parties shall be responsible for bearing their own attorney's fees and costs, which were incurred in the prosecution or defense of this action.

## **STIPULATION**

**JIMERSON BIRR, P.A.**
By:/s/ D. Brad Hughes
D. Brad Hughes
Florida Bar No. 0015367
bhughes@jimersonfirm.com
pamelar@jimersonfirm.com
fileclerk@jimersonfirm.com
One Independent Dr., Suite 1400
Jacksonville, Florida 32202
Telephone (904) 389-0050
*Attorneys for Defendant*

**SANCHELIMA &
ASSOCIATES P.A.**
By: /s/Christian Sanchelima
Christian Sanchelima
Florida Bar No. 107751
chris@sanchelima.com
235 S.W. Le Jeune Road
Miami, Florida 33134
Telephone (305) 447-1617
*Attorneys for Plaintiff*

Copies to:

Counsel of Record